# UNITED STATES DISTRICT COURT

## District of Columbia

*IN THE MATTER OF THE APPLICATION OF*

**DIRK J. OUDEMOOL**

TO APPEAR *pro hoc vice,* as counsel for the Defendants in, Board of Trustees, National Shopmen Pension Fund vs. Northern Steel Corp., Oswego Amusements, Inc., GDR Enterprises of Oswego, Inc., Speedway Press, Inc., R.J. Caruso Enterprises, Inc., George Caruso, Jr., and Romao Caruso (Case No. 1:05CV01479).

---

1.  **I, Marc H. Rifkind,** am an attorney, duly admitted to practice in the United States District Court for the District of Columbia, with offices located at 1625 Massachusetts Avenue, NW Suite 450, Washington, DC 20036.

2.  I hereby move this Court to allow Dirk J. Oudemool, an attorney duly admitted to practice in the courts of the State of New York and the Federal District Court for the Northern District of New York, to appear as counsel for the defendants in the above-action.

3.  I am attaching a Declaration by Dirk J. Oudemool.

Respectfully Submitted,

Marc H. Rifkind, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Avenue,
NW Ste. 450
Washington, DC 20036
202-797-8700

# UNITED STATES DISTRICT COURT

## District of Columbia

## Declaration of Non-Member Attorney

**I, DIRK J. OUDEMOOL,** an attorney duly admitted to practice in the Courts of the State of New York and in the Federal District Court for the Northern District of New York, hereby declare, affirm and certify:

1. My full name is Dirk Jon Oudemool.

2. My office and mailing address is 333 East Onondaga Street, Suite 600, Syracuse, New York 13202. My office telephone number is (315) 474-7447.

3. I have never been disciplined by any bar, nor or any disciplinary matters pending against me.

4. I have not been admitted *pro hoc vice* to practice in this Court at any time during the past two years.

Dirk J. Oudemool, Esq.
333 East Onondaga Street
Suite 600
Syracuse, New York 13202
(315) 474-7447

# UNITED STATES DISTRICT COURT

## District of Columbia

*IN THE MATTER OF THE APPLICATION OF*

**JADI K. RUARK**

TO APPEAR *pro hoc vice,* as co-counsel for the Defendants in, Board of Trustees, National Shopmen Pension Fund vs. Northern Steel Corp., Oswego Amusements, Inc., GDR Enterprises of Oswego, Inc., Speedway Press, Inc., R.J. Caruso Enterprises, Inc., George Caruso, Jr., and Romao Caruso (Case No. 1:05CV01479).

---

1. **I, Marc H. Rifkind,** am an attorney, duly admitted to practice in the United States District Court for the District of Columbia, with offices located at 1625 Massachusetts Avenue, NW Suite 450, Washington, DC 20036.

2. I hereby move this Court to allow Jadi K. Ruark, an attorney duly admitted to practice in the courts of the State of New York and the Federal District Court for the Northern District of New York, to appear as co-counsel for the defendants in the above-action.

3. I am attaching a Declaration by Jadi K. Ruark.

Respectfully Submitted,

*/s/ Marc H. Rifkind*

Marc H. Rifkind, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Avenue,
NW Ste. 450
Washington, DC 20036
202-797-8700

## UNITED STATES DISTRICT COURT

### District of Columbia

### Declaration of Non-Member Attorney

**I, JADI K. RUARK,** an attorney duly admitted to practice in the Courts of the State of New York and in the Federal District Court for the Northern District of New York, hereby declare, affirm and certify:

1. My full name is Jadi Kay Ruark.

2. My office and mailing address is 333 East Onondaga Street, Suite 600, Syracuse, New York 13202. My office telephone number is (315) 474-7447.

3. I have never been disciplined by any bar, nor or any disciplinary matters pending against me.

4. I have not been admitted *pro hoc vice* to practice in this Court at any time during the past two years.

Jadi K. Ruark, Esq.
333 East Onondaga Street
Suite 600
Syracuse, New York 13202
(315) 474-7447