# UNITED STATES DISTRICT COURT

## District of Columbia

**Board of Trustees, National Shopmen Pension Fund**

vs.

Case No. 1:05CV01479

**Northern Steel Corp., Oswego Amusements, Inc.,
GDR Enterprises of Oswego, Inc.,
Speedway Press, Inc., R.J. Caruso Enterprises, Inc.,
George Caruso, Jr., and Romao Caruso**

---

### STIPULATION FOR EXTENSION OF TIME TO ANSWER

The parties stipulate to an extension of time until September 26, 2005, for Defendants to file and answer or other responsive pleading in this matter.

Respectfully submitted,

Marc H. Rifkind, Esq.
Slevin & Hart, PC
1625 Massachusetts Avenue, NW Ste. 450
Washington, D.C. 20036
(202) 797-8700

Dirk J. Oudemool, Esq.
333 East Onondaga Street
Suite 600
Syracuse, New York 13202
(315) 474-7447

SO ORDERED:

_____

Honorable _____

Dated: _____