IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BOARD OF TRUSTEES, ) <br> NATIONAL SHOPMEN ) <br> PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NORTHERN STEEL CORP., et. al. ) <br> ) <br> Defendants ) <br> ) | Case No. 1:05cv01479 |

**AFFIDAVIT OF SERVICE
ON DEFENDANT NORTHERN STEEL CORP. et. al.**

I hereby affirm that a copy of Plaintiffs' complaint, summons, and Initial Electronic Case Filing Order and ECF registration forms were served at the following addresses of the Registered Agents of Defendants on August 4, 2005, via overnight mail:

George Caruso, Jr., Registered Agent
1 Burkle Street
Oswego, New York 13123;

And

Hall Road
Oswego, New York 13126;

And

George Caruso, Sr., Registered Agent
364 East Avenue
Oswego, New York 13126;

And

      300 East Albany Street
      Oswego, New York 13126;

      And

      Romao Caruso
      769 County Road
      Oswego, New York 13126

I declare under penalty of perjury that the foregoing is true and correct.

Date: __10/12/05_____          _____/s/_____
                                                     Brent Glodowski
                                                     SLEVIN & HART, P.C.
                                                     1625 Massachusetts Ave., N.W., Suite 450
                                                     Washington, D.C.  20036
                                                     (202) 797-8700

                                                     Paralegal