

Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Tracking**

Log-In User ID:  Password:   | Forgot Password

**Tracking**

→ **Track by Tracking Number**
> Track by E-mail
> Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

**Hurricane-Related Service Updates** →

### Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Aug 4, 2005 9:31 A.M. |
| **Signed by:** | GIOIA |
| **Location:** | RECEIVER |
| **Delivered to:** | OSWEGO, NY, US |
| **Shipped or Billed on:** | Aug 3, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9910 285 3 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Aug 4, 2005 | | |
| 9:31 A.M. | E. SYRACUSE, NY, US | DELIVERY |
| 7:40 A.M. | E. SYRACUSE, NY, US | OUT FOR DELIVERY |
| 5:45 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 5:15 A.M. | E. SYRACUSE, NY, US | DEPARTURE SCAN |
| 4:33 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 4:00 A.M. | ALBANY, NY, US | DEPARTURE SCAN |
| 3:39 A.M. | ALBANY, NY, US | ARRIVAL SCAN |
| 2:54 A.M. | PHILADELPHIA, PA, US | DEPARTURE SCAN |
| 12:23 A.M. | PHILADELPHIA, PA, US | ARRIVAL SCAN |
| Aug 3, 2005 | | |
| 9:30 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 8:39 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 6:34 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 12:17 P.M. | US | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: Oct 11, 2005 3:46 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



**UPS Uni**

**Tracking**

**Tracking**

Log-In  User ID:        Password:          | Forgot Password

→ **Track by Tracking Number**
  › Track by E-mail
  › Import Tracking Numbers 🔒
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking 🔒
→ Void a Shipment 🔒
→ Help

## Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Aug 4, 2005 9:25 A.M. |
| **Signed by:** | RINOLDO |
| **Location:** | RECEIVER |
| **Delivered to:** | OSWEGO, NY, US |
| **Shipped or Billed on:** | Aug 3, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9871 947 6 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Aug 4, 2005 | | |
| 9:25 A.M. | E. SYRACUSE, NY, US | DELIVERY |
| 7:40 A.M. | E. SYRACUSE, NY, US | OUT FOR DELIVERY |
| 5:45 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 5:15 A.M. | E. SYRACUSE, NY, US | DEPARTURE SCAN |
| 4:33 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 4:00 A.M. | ALBANY, NY, US | DEPARTURE SCAN |
| 3:39 A.M. | ALBANY, NY, US | ARRIVAL SCAN |
| 2:54 A.M. | PHILADELPHIA, PA, US | DEPARTURE SCAN |
| 12:23 A.M. | PHILADELPHIA, PA, US | ARRIVAL SCAN |
| Aug 3, 2005 | | |
| 9:30 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 8:42 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 6:34 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 12:27 P.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Oct 11, 2005 3:41 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



Home | About UPS | Contact UPS | Getting Started @ UPS.com



UPS Uni

**Tracking**

## Tracking

- → **Track by Tracking Number**
  - › Track by E-mail
  - › Import Tracking Numbers 🔒
- → Track by Reference Number
- → Track by Freight Tracking Number
- → Track by Freight Shipment Reference
- → Track with Quantum View
- → Sign Up for Signature Tracking 🔒
- → Void a Shipment 🔒
- → Help



Log-In  User ID:              Password:            | Forgot Password

### ||||| Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Aug 4, 2005 9:30 A.M. |
| **Location:** | REAR DOOR |
| **Delivered to:** | OSWEGO, NY, US |
| **Shipped or Billed on:** | Aug 3, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9969 390 2 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Aug 4, 2005 | | |
| 9:30 A.M. | E. SYRACUSE, NY, US | DELIVERY |
| 7:40 A.M. | E. SYRACUSE, NY, US | OUT FOR DELIVERY |
| 5:45 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 5:15 A.M. | E. SYRACUSE, NY, US | DEPARTURE SCAN |
| 4:33 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 4:00 A.M. | ALBANY, NY, US | DEPARTURE SCAN |
| 3:39 A.M. | ALBANY, NY, US | ARRIVAL SCAN |
| 2:54 A.M. | PHILADELPHIA, PA, US | DEPARTURE SCAN |
| 12:23 A.M. | PHILADELPHIA, PA, US | ARRIVAL SCAN |
| Aug 3, 2005 | | |
| 9:30 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 8:42 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 6:34 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 2:11 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Oct 11, 2005 3:43 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.



Home | About UPS | Contact UPS | Getting Started @ UPS.com

UPS Uni

**Tracking**

**Tracking**

Log-In  User ID:            Password:                 | Forgot Password

→ **Track by Tracking Number**
 > Track by E-mail
 > Import Tracking
   Numbers
→ Track by Reference Number
→ Track by Freight Tracking
  Number
→ Track by Freight Shipment
  Reference
→ Track with Quantum View
→ Sign Up for Signature
  Tracking
→ Void a Shipment
→ Help

**Track by Tracking Number**

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Aug 4, 2005 9:27 A.M. |
| **Signed by:** | MATLAND |
| **Location:** | OFFICE |
| **Delivered to:** | OSWEGO, NY, US |
| **Shipped or Billed on:** | Aug 3, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9543 186 2 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Aug 4, 2005 | | |
| 9:27 A.M. | E. SYRACUSE, NY, US | DELIVERY |
| 7:40 A.M. | E. SYRACUSE, NY, US | OUT FOR DELIVERY |
| 5:45 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 5:15 A.M. | E. SYRACUSE, NY, US | DEPARTURE SCAN |
| 4:33 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 4:00 A.M. | ALBANY, NY, US | DEPARTURE SCAN |
| 3:39 A.M. | ALBANY, NY, US | ARRIVAL SCAN |
| 2:54 A.M. | PHILADELPHIA, PA, US | DEPARTURE SCAN |
| 12:23 A.M. | PHILADELPHIA, PA, US | ARRIVAL SCAN |
| Aug 3, 2005 | | |
| 9:30 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 8:41 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 6:34 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 12:20 P.M. | US | BILLING INFORMATI( RECEIVED |

Tracking results provided by UPS: Oct 11, 2005 3:39 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary



Hurricane-Related Service Updates →

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.




Home | About UPS | Contact UPS | Getting Started @ UPS.com

**UPS Uni**

**Tracking**

**Tracking**

Log-In User ID: Password:  | Forgot Password

→ **Track by Tracking Number**
 > Track by E-mail
 > Import Tracking Numbers
→ Track by Reference Number
→ Track by Freight Tracking Number
→ Track by Freight Shipment Reference
→ Track with Quantum View
→ Sign Up for Signature Tracking
→ Void a Shipment
→ Help

## Track by Tracking Number

**View Details**

| | |
|---|---|
| **Status:** | Delivered |
| **Delivered on:** | Aug 4, 2005 9:29 A.M. |
| **Location:** | FRONT DOOR |
| **Delivered to:** | OSWEGO, NY, US |
| **Shipped or Billed on:** | Aug 3, 2005 |
| **Tracking Number:** | 1Z F2R 941 01 9571 449 5 |
| **Service Type:** | NEXT DAY AIR |

**Package Progress:**

| Date/Time | Location | Activity |
|---|---|---|
| Aug 4, 2005 | | |
| 9:29 A.M. | E. SYRACUSE, NY, US | DELIVERY |
| 7:40 A.M. | E. SYRACUSE, NY, US | OUT FOR DELIVERY |
| 5:45 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 5:15 A.M. | E. SYRACUSE, NY, US | DEPARTURE SCAN |
| 4:33 A.M. | E. SYRACUSE, NY, US | ARRIVAL SCAN |
| 4:00 A.M. | ALBANY, NY, US | DEPARTURE SCAN |
| 3:39 A.M. | ALBANY, NY, US | ARRIVAL SCAN |
| 2:54 A.M. | PHILADELPHIA, PA, US | DEPARTURE SCAN |
| 12:23 A.M. | PHILADELPHIA, PA, US | ARRIVAL SCAN |
| Aug 3, 2005 | | |
| 9:30 P.M. | LANDOVER, MD, US | DEPARTURE SCAN |
| 8:40 P.M. | LANDOVER, MD, US | ORIGIN SCAN |
| 6:34 P.M. | LANDOVER, DC, US | PICKUP SCAN |
| 2:08 P.M. | US | BILLING INFORMATIC RECEIVED |

Tracking results provided by UPS: Oct 11, 2005 3:45 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tende you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems a information is strictly prohibited.

← Back to Tracking Summary

**Hurricane-Related Service Updates**

Copyright © 1994-2005 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/processRequest  10/11/2005