IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN<br>PENSION FUND,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHERN STEEL CORP., *et al.*,<br><br>        Defendants. | Case No. 1:05CV01479 |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify this 13th day of October, 2005, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendants, Northern Steel Corp, Oswego Amusements, Inc., GDR Enterprises of Oswego, Inc., Speedway Press, Inc., R.J. Caruso Enterprises Inc., Romao Caruso, and George Caruso, Jr., were served with process via overnight mail pursuant to the provisions of Fed. R. Civ. P. Rule 4(e)(1) and DC Code sec. 13-431(a)(2), at following addresses.

        Northern Steel Corp.
        George Caruso, Sr., Registered Agent
        364 East Avenue
        Oswego, New York 13126

        and

        Oswego Amusements, Inc.
        300 East Albany Street
        Oswego, New York 13126

        and

G.D.R. Enterprises, Inc.
364 East Avenue
Oswego, New York 13126

and

Speedway Press, Inc.
George Caruso, Jr., Registered Agent
1 Burkle Street
Oswego, New York 13123

and

R. J. Caruso Enterprises, Inc.
364 East Avenue
Oswego, New York 13126

and

George Caruso, Jr.
Hall Road
Oswego, New York 13126

and

Romao Caruso
769 County Road
Oswego, New York 13126

I further certify that: no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiff; although an extension has been given, the time for filing has expired; and that the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

/s/ Marc H. Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiff

Dated: October 13, 2005

I:\150\NothernSteel--DefaultRequest.wpd