Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BOARD OF TRUSTEES, NATIONAL SHOPMEN
PENSION FUND
_____
            Plaintiff(s)

                                                    Civil Action No.  05-1479 _____

        V.

NORTHERN STEEL CORP., et al. _____

            Defendant(s)

RE:  **NORTHERN STEEL CORP., OSWEGO AMUSEMENTS,
     INC., G.D.R. ENTERPRISES, INC.**

## DEFAULT

It appearing that the above-named  defendants have  failed to plead or otherwise defend this action

though duly served with summons and copy of the complaint on        August 04, 2005       , and an

affidavit on behalf of the plaintiff having been filed, it is this 20th  day of ___October___ , 2005  declared

that:  defendants are   in default.

                              NANCY MAYER-WHITTINGTON, Clerk

By: _____
                              Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BOARD OF TRUSTEES, NATIONAL SHOPMEN
PENSION FUND

       Plaintiff(s)

       Civil Action No.  05-1479

    V.

NORTHERN STEEL CORP., et al.

       Defendant(s)

RE:  **SPEEDWAY PRESS, INC., R.J. CARUSO ENTERPRISES, INC., GEROGE CARUSO & ROMAO CARUSO**

## DEFAULT

It appearing that the above-named  defendants have  failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on       August 04, 2005      , and an affidavit on behalf of the plaintiff having been filed, it is this 20th_ day of ___October___ , 2005_ declared that: defendants are   in default.

NANCY MAYER-WHITTINGTON, Clerk

By: ___Jackie Frances___

       Deputy Clerk