IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES, )<br>NATIONAL SHOPMEN )<br>PENSION FUND, )<br>　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　)<br>NORTHERN STEEL CORP., *et al.*, )<br>　　　　　　　　　　　　)<br>　　　　　　Defendants. )<br>　　　　　　　　　　　　) | Case No. 1:05CV01479 |

**MOTION TO SET ASIDE DEFAULT**

The Clerk of Court is kindly vacate the entry of default against Defendants which was filed and entered on October 20, 2005.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　 /s/ Marc H. Rifkind
　　　　　　　　　　　　　　　　　　Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
　　　　　　　　　　　　　　　　　　SLEVIN & HART, P.C.
　　　　　　　　　　　　　　　　　　1625 Massachusetts Avenue, NW, Suite 450
　　　　　　　　　　　　　　　　　　Washington, DC   20036
　　　　　　　　　　　　　　　　　　202-797-8700  (Telephone)
　　　　　　　　　　　　　　　　　　202-234-8231  (Facsimile)

　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: November 7, 2005

I:\150\Case#05cv1479-NSPF v Northern Steel--MotionToSetAsideDefault.wpd