A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BOARD OF TRUSTEES, NATIONAL
SHOPMEN PENSION FUND,                )
        Plaintiff(s)                )  **APPEARANCE**
                                      )
                 vs.                  )  CASE NUMBER    1:05CV01479 (RWR)
NORTHERN STEEL CORP., et al          )
        Defendant(s)                )


To the Clerk of this court and all parties of record:

Please enter the appearance of __John G. Powers__ as counsel in this
                                       (Attorney's Name)

case for: __Northern Steel Corp.__
              (Name of party or parties)


December 13, 2005                          *(signature)*
Date                                       Signature

                                           John G. Powers
                                           Print Name
D. C. 460829
BAR IDENTIFICATION                         1500 MONY Tower I, Box 4976
                                           Address

                                           Syracuse, NY  13221-4976
                                           City        State        Zip Code

                                           315-471-3151
                                           Phone Number