IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL SHOPMEN PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN STEEL CORP., OSWEGO AMUSEMENTS, INC., GDR ENTERPRISES OF OSWEGO, INC., SPEEDWAY PRESS, INC., R.J. CARUSO ENTERPRISES, INC., GEORGE CARUSO, JR., and ROMAO CARUSO,<br><br>Defendants. | Civil Action No.<br>1:05CV01479<br>(RWR) |

### **RULE 7.1 DISCLOSURE STATEMENT**

No parent or publicly held corporation owns 10% or more of stock in any of the nongovernmental corporate parties named herein.

Dated: December 13, 2005

Respectfully Submitted,

*/s/ John D. Powers*

John G. Powers, Esq., D.C. Bar No. 460829
HANCOCK & ESTABROOK, LLC
1500 MONY Tower I, Box 4976
Syracuse, NY 13221-4976
(315) 471-3151

Dirk J. Oudemool, Esq.
Jadi Raurk, Esq.
Admitted *Pro Hac Vice*
The Monroe Building, Suite 600
333 East Onondaga Street

Syracuse, New York 13202
(315) 474-7447

*Counsel for Defendants*
*Northern Steel Corp., Oswego Amusements,*
*Inc., GDR Enterprises of Oswego, Inc.,*
*Speedway Press, Inc.,*
*R.J. Caruso Enterprises, Inc.,*
*George Caruso, Jr., and Romao Caruso*

{H0548419.1}

## Certificate of Service

I hereby certify that the foregoing Rule 7.1 Disclosure Statement was served electronically via the ECF System for the District Court of the District of Columbia on December 13, 2005 upon:

> Marc H. Rifkind, Esq.
> Slevin & Hart, P.C.
> 1625 Massachusetts Ave., N.W. Ste. 450
> Washington, D.C. 20036

_____
John G. Powers

{H0548419.1}