UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
BOARD OF TRUSTEES,              )
NATIONAL SHOPMEN PENSION FUND,  )
                                )
        Plaintiff,              )
                                )
   v.                           )   Civil Action No. 05-1479 (RWR)
                                )
NORTHERN STEEL CORP. et al.,    )
                                )
        Defendant.              )
_____ )
```

### ORDER OF REFERRAL TO MEDIATION

Based on the agreement of the parties, it is hereby

ORDERED that this case be and hereby is referred to mediation to commence on the date this Order is filed and to conclude on March 26, 2006. Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator. It is further

ORDERED that if this case settles in whole or in part, plaintiffs shall advise the Court by promptly filing a stipulation.

SIGNED this 27th day of January, 2006.

                                   _____/s/_____
                                   RICHARD W. ROBERTS
                                   United States District Judge