# UNITED STATES DISTRICT COURT

## District of Columbia

**Board of Trustees, National Shopmen Pension Fund**

<u>vs.</u>

Case No. 1:05CV01479

Northern Steel Corp., Oswego Amusements, Inc.,
GDR Enterprises of Oswego, Inc.,
Speedway Press, Inc., R.J. Caruso Enterprises, Inc.,
George Caruso, Jr., and Romao Caruso

---

MOTION ON STIPULATION FOR EXTENSION OF TIME FOR MEDIATION

1. **I, Dirk J. Oudemool,** am an attorney, admitted *pro hac vice* to practice in the United States District Court for the District of Columbia, with offices located at 333 East Onondaga Street, Suite 600, Syracuse, New York 13202.

2. I make this motion as attorney for the defendants herein.

3. Pursuant to the Court's Scheduling Order of January 27, 2006, discovery in this action was stayed for 60 days to allow the parties herein time to engage in mediation.

4. Mediation conferences have proceeded and a further mediation session has been scheduled, as the conciliator believes that additional mediation may prove useful.

5.      Defendants, with the consent and stipulation of counsel for the plaintiff, respectfully request that the stay of discovery be extended until May 1, 2006, and that all further deadlines set forth in the Scheduling Order be extended by 30 days.

Respectfully submitted,

Dated: March 30, 2006                  _____

Dirk J. Oudemool, Esq.
Attorney for Defendants
*Office and Post Office Address*
333 East Onondaga Street
Suite 600
Syracuse, New York 13202
(315) 474-7447


Dated: March 30, 2006                  _____

John G. Powers, Esq.
Attorney for Defendants
*Office and Post Office Address*
100 Madison Street
Syracuse, NY 13202
(315) 471-3151

## UNITED STATES DISTRICT COURT

## District of Columbia

**Board of Trustees, National Shopmen Pension Fund**

<u>vs.</u>

                                                                                                   Case No. 1:05CV01479

**Northern Steel Corp., Oswego Amusements, Inc.,
GDR Enterprises of Oswego, Inc.,
Speedway Press, Inc., R.J. Caruso Enterprises, Inc.,
George Caruso, Jr., and Romao Caruso**

### STIPULATION FOR EXTENSION OF TIME FOR MEDIATION

I, Marc H. Rifkind, attorney for the plaintiff herein, hereby agree and stipulate to extend the stay on discovery in the above action until May 1, 2006, and further stipulate to a 30-day extension on the deadlines set forth in the Court's Scheduling Order of January 27, 2006.

Dated: _____                                  _____

                                                     Marc H. Rifkind, Esq.
                                                     Slevin & Hart, PC
                                                     Attorneys for Plaintiff
                                                     *Office and Post Office Address*
                                                     1625 Massachusetts Avenue, NW Ste. 450
                                                     Washington, D.C. 20036
                                                     (202) 797-8700

# UNITED STATES DISTRICT COURT

## District of Columbia

**Board of Trustees, National Shopmen Pension Fund**

<u>vs.</u>

                Case No. 1:05CV01479

**Northern Steel Corp., Oswego Amusements, Inc.,
GDR Enterprises of Oswego, Inc.,
Speedway Press, Inc., R.J. Caruso Enterprises, Inc.,
George Caruso, Jr., and Romao Caruso**

## ORDER

  Upon consideration of the Defendants' Motion on stipulation to extend time for mediation, and said Motion being unopposed by Plaintiff, it is hereby

  Ordered that:

  1. Discovery is stayed until May 1, 2006. Thereafter, this case shall proceed with the following deadlines:

| | |
|---|---|
| Initial Disclosures | May 26, 2006 |
| Joinder of Parties; amended complaint | June 26, 2006 |
| Plaintiff's expert witness designations | June 26, 2006 |
| Defendant's expert witness designations | July 25, 2006 |
| <u>All</u> discovery closed | August 28, 2006 |
| Dispositive motions | September 28, 2006 |

  2. The post-discovery status conference is scheduled for August 28, 2006.

      3.      All remaining provisions set forth in this Court's Scheduling Order, dated January 27, 2006, remain in full force and effect.

      Signed this _____ day of _____, 2006.

                                                                                                              _____
                                                                                    RICHARD W. ROBERTS
                                                                                    United State District Judge