**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BOARD OF TRUSTEES,** ) | |
| **NATIONAL SHOPMEN PENSION FUND,** ) | |
| **et al.,** ) | **Civil Action No. 05-cv-01479 (RWR)** |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **NORTHERN STEEL CORP., et al.,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

**MOTION TO COMPEL RESPONSES TO PLAINTIFF'S**
**WRITTEN DISCOVERY REQUESTS**
**AND TO ENLARGE DISCOVERY PERIOD**

Plaintiff, the Board of Trustees of the National Shopmen Pension Fund, hereby moves pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an order compelling defendants to respond to its written discovery requests. Additionally, plaintiffs move to enlarge the discovery period by thirty (30) days until September 28, 2006, and all other scheduling deadlines by thirty (30) days . Pursuant to Fed.R.Civ.P. 37(2)(B) and LCvR 7(m), undersigned counsel certifies that he has in good faith conferred and attempted to confer, without success, with counsel for defendants in attempt to obtain the requested discovery without court intervention. A Statement of Points and Authorities in support of this motion is filed concurrently herewith.

Dated:  August 16, 2006                                  Respectfully submitted,

                                                                           /s/ Marc Rifkind
                                                                           Marc Rifkind
                                                                           Slevin & Hart, P.C.
                                                                           1650 Massachusetts Avenue, NW, Suite 450
                                                                           Washington, D.C.  20036
                                                                           202-797-8700 (Telephone)
                                                                           202-234-8231 (Facsimile)
                                                                           Counsel for Plaintiffs

-2-

**CERTIFICATE OF SERVICE**

I certify that on this __th day of August 2006, I caused the foregoing document to be served by U.S. Mail, with postage pre-paid to:

>Dirk J. Oudemool
>Attorney at Law
>The Monroe Building, Ste. 600
>333 East Onodaga Street
>Syracuse, New York 13202
>
>Attorney for Defendant

/s/ Marc Rifkind
Marc H. Rifkind

H:\Clients\0150\142\Motion to Compel and Enlarge Discovery Period August16,2006 Filings\motion to compel.1.wpd