**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BOARD OF TRUSTEES,  ) | |
| NATIONAL SHOPMEN PENSION FUND,  ) | |
| et al.,  ) | Civil Action No. 05-cv-01479 (RWR) |
|      Plaintiffs,  ) | |
|   ) | |
| v.  ) | |
|   ) | |
| NORTHERN STEEL CORP., et al.,  ) | |
|   ) | |
|      Defendants  ) | |
| _____) | |

**POINTS AND AUTHORITIES IN SUPPORT OF**
**MOTION TO COMPEL RESPONSES TO PLAINTIFF'S WRITTEN**
**DISCOVERY REQUESTS AND TO ENLARGE DISCOVERY PERIOD**

In support of its motion to compel responses to its written discovery to defendants and request to enlarge the discovery period, plaintiff, the Board of Trustees of the National Shopmen Pension Fund, shows the Court the following.

**I. Facts**

1.    Currently, the discovery cutoff is August 28, 2006. *See* docket entry for April 11, 2006.

2.    On June 30, 2006, pursuant to Rule 33 of the Federal Rules of Civil procedure, undersigned counsel served sets of interrogatories upon each of the seven defendants. The interrogatories are attached hereto as Exhibits 1 through 7, respectively.

3.    Also on June 30, 2006, pursuant to Rule 34 of the Federal Rules of Civil Procedure, undersigned counsel served requests for production of documents upon each of the seven defendants. These requests for production are attached hereto as Exhibits 8 through 14, respectively.

4. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, defendants responses to the discovery requests were due on August 2, 2006.

5. When defendant failed to respond, on or about July 7, 2006, undersigned counsel for plaintiff contacted counsel for defendants regarding the delinquent discovery responses. Counsel for defendant indicated that he would have the responses to plaintiff's counsel by Monday, August 14, 2006.

6. As of the date of the filing of this motion, plaintiff's counsel has not received responses to the outstanding discovery requests, and counsel for defendant has not returned plaintiff's counsel's calls regarding the same.

7. Counsel for plaintiff intended to depose the individual defendants as well as principals of the defendant companies upon receiving responses to the outstanding written discovery requests. Because discovery is scheduled to close on August 28, 2006, defendants' refusal to respond to the discovery requests has effectively precluded plaintiff's counsel from taking those depositions.

## II. Authorities

Federal Rule of Civil Procedure 37(a)(2)(B) provides that if a party fails to respond to discovery submitted under Rules 33 and 34, the discovering party may move for an order compelling an answer in accordance with the request. Rule 37 further provides that if the motion is granted or if the requested discovery is provided after the motion is filed, the court shall require the party whose conduct necessitated the motion to pay to the moving party its reasonable expenses, including attorneys fees, incurred in making the motion. Fed.R.Civ.P. 37(a)(4)(A).

In the present case, plaintiff timely served both interrogatories and requests for production of documents on each of the defendants. Defendants have wholly failed to respond. Defendants'

failure to respond has severely prejudiced plaintiff in that, at this point, only two weeks remain in the discovery period. Accordingly, plaintiff respectfully requests an order compelling defendants responses to the written discovery, and its reasonable expenses, including attorneys fees, incurred in making this motion. In addition, plaintiff requests that the discovery period be enlarged by thirty days until September 28, 2006, and that the Court reset the other remaining deadlines..

Dated: August 16, 2006                            Respectfully submitted,


/s/ Marc Rifkind
Marc Rifkind
Slevin & Hart, P.C.
1650 Massachusetts Avenue, NW, Suite 450
Washington, D.C. 20036
202-797-8700 (Telephone)
202-234-8231 (Facsimile)

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on this __th day of August 2006, I caused the foregoing document to be served by U.S. Mail, with postage pre-paid to:

>Dirk J. Oudemool
>Attorney at Law
>The Monroe Building, Ste. 600
>333 East Onodaga Street
>Syracuse, New York 13202
>
>Attorney for Defendant

/s/ Marc Rifkind
Marc Rifkind

H:\Clients\0150\142\Motion to Compel and Enlarge Discovery Period August16,2006 Filings\brief in support.motion to compel.wpd