IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,                    ) <br> NATIONAL SHOPMEN PENSION FUND, ) <br> et al.,                                                    )    <br>             Plaintiffs,                          ) <br>                                                          ) <br> v.                                                      ) <br>                                                          ) <br> NORTHERN STEEL CORP., et al.,    ) <br>                                                          ) <br>             Defendants                        ) <br> _____) | Civil Action No. 05-cv-01479 (RWR) |

## ORDER

Before the Court is plaintiff's motion to compel responses to its written discovery requests and to enlarge the discovery period. Good cause appearing, it is hereby ORDERED that said motion be GRANTED.

It is further ORDERED that each of the defendants shall respond to plaintiff's outstanding discovery request within five days of the date of this Order.

It is further ORDERED that plaintiff is awarded its costs, including reasonable attorney's fees, incurred in bring said motion in the amount of $_____.

It is further ordered that the discovery period is extended until September 28, 2006.

Dated:_____

_____
United States District Judge