# UNITED STATES DISTRICT COURT

### District of Columbia

*IN THE MATTER OF THE APPLICATION OF*

**Jeffrey S. Swyers**

TO APPEAR *pro hoc vice,* as counsel for the Plaintiffs in, <u>Board of Trustees, National Shopmen Pension Fund vs. Northern Steel Corp., Oswego Amusements, Inc., GDR Enterprises of Oswego, Inc., Speedway Press, Inc., R.J. Caruso Enterprises, Inc., George Caruso, Jr., and Romao Caruso</u> (Case No. 1:05CV01479).

---

1. **I, Marc H. Rifkind,** am an attorney, duly admitted to practice in the United States District Court for the District of Columbia, with offices located at 1625 Massachusetts Avenue, NW Suite 450, Washington, DC 20036.

2. I hereby move this Court to allow Jeffrey S. Swyers, an attorney duly admitted to practice in the courts of the State of Oklahoma and the Court of Appeals for the District of Columbia, to appear as counsel for the plaintiffs in the above-action.

3. I am attaching a Declaration by Jeffrey S. Swyers.

                                                  Respectfully Submitted,

                                                  _/s/ Marc Rifkind_____

                                                  Marc H. Rifkind, Esq.
                                                  Slevin & Hart, P.C.
                                                  1625 Massachusetts Avenue, NW Ste. 450
                                                  Washington, DC 20036
                                                  202-797-8700