# UNITED STATES DISTRICT COURT

### District of Columbia

### Declaration of Non-Member Attorney

**I, JEFFREY S. SWYERS,** an attorney duly admitted to practice in the Courts of the State of Oklahoma and in the District of Columbia Court of Appeals, hereby declare, affirm and certify:

1. My full name is Jeffrey S. Swyers.

2. My office and mailing address is 1625 Massachusetts Avenue, NW, Suite 450, Washington, D.C. 20036. My office telephone number is (202) 797-8700.

3. I have never been disciplined by any bar, nor or any disciplinary matters pending against me.

4. I have not been admitted *pro hoc vice* to practice in this Court at any time during the past two years.

  /s/ Jeffrey S. Swyers
Jeffrey S. Swyers, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW,
Suite 450
Washington, DC 20036
(202) 797-8700
(202) 234-8231