# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BOARD OF TRUSTEES,**　　　　　　　　　　　 )
**NATIONAL SHOPMEN PENSION FUND,**　 )
**et al.,**　　　　　　　　　　　　　　　　　 )　　**Civil Action No. 05-cv-01479 (RWR)**
　　　　　　　　　**Plaintiffs,**　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
**v.**　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
**NORTHERN STEEL CORP., et al.,**　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　**Defendants**　　　　　　　 )

### ORDER

　　　　Plaintiffs, Board of Trustees, National Shopmen Pension Fund's Motion for Pro Hac Vice

Appearance of Jeffrey S. Swyers dated August 24, 2006 is hereby granted.

BY THE COURT:

Date:_____　　　 _____

United States District Judge

**Certificate of Service**

I certify that on this 24th day of August, 2006, I caused the foregoing Motion of Pro Hac Vice Appearance of Jeffrey S. Swyers, Declaration of Jeffrey Swyers, and Proposed Order be served by U.S. Mail, with postage pre-paid, to:

> Dirk J. Oudemool
> Attorney at Law
> The Monroe Building, Ste. 600
> 333 East Onodaga Street
> Syracuse, New York 13202
>
> Attorney for Defendant

          /s/ Jeffrey S. Swyers _____
         Jeffrey S. Swyers

H:\Clients\0150\142\JSS Pro Hac Vice\Order to allow Jeff Swyers to Appear Pro Hac Vice.wpd