## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES, ) <br> NATIONAL SHOPMEN PENSION FUND, ) <br> et al., ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHERN STEEL CORP., et al., ) <br> ) <br>       Defendants ) | Civil Action No. 05-cv-01479 (RWR) |

### UNOPPOSED MOTION TO CONTINUE POST-DISCOVERY STATUS CONFERENCE AND MOTION TO EXTEND DISCOVERY PERIOD

Plaintiffs, by and through counsel, move this Court for a voluntary continuance of the Post-Discovery Status Conference scheduled for September 1, 2006 at 9:30 am.  In Support, Plaintiffs state the following:

1. Defendants have not responded to Plaintiffs written discovery requests, and Plaintiff's motion to compel the same is currently pending.

2. In that motion Plaintiffs requested that the discovery period be extended until September 28, 2006.

3. However, because Plaintiffs still have not received the discovery responses, Plaintiffs would request that discovery be extended until October 20, 2006.

4. Plaintiff's counsel consulted with counsel for Defendants and is authorized to state that Defendants consent to this motion.

Alternative dates for the continued Post-Discovery Status Conference include October 27, 2006, November 3, 2006, and November 10, 2006.

**WHEREFORE,** Plaintiffs respectfully request that this continue the Post-Discovery Conference and extend the discovery period until October 20, 2006.

                                                Respectfully Submitted,

                                                /s/ Jeffrey S. Swyers

                                                Marc H. Rifkind, Esq.
                                                Jeffrey S. Swyers, Esq. (Pro Hac Vice)
                                                Slevin & Hart, P.C
                                                1625 Massachusetts Avenue, NW Ste. 450
                                                Washington, DC 20036
                                                202-797-8700

Dated: August 31, 2006                          Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      This is to certify that on this 31st day of August, 2006, a copy of the foregoing Plaintiffs Unopposed Motion to Continue Post-Discovery Status Conference and Motion to Extend Discovery Period and Proposed Order was served via first-class mail, postage prepaid, upon the following:

      Dirk J. Oudemool
      Attorney at Law
      The Monroe Building, Ste. 600
      333 East Onodaga Street
      Syracuse, New York 13202

      Attorney for Defendant

      /s/ Jeffrey S. Swyers
      Jeffrey S. Swyers

H:\Clients\0150\142\Motion for continuance (final).wpd