# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BOARD OF TRUSTEES,** ) | |
| **NATIONAL SHOPMEN PENSION FUND,** ) | |
| **et al.,** ) | **Civil Action No. 05-cv-01479 (RWR)** |
|     **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **NORTHERN STEEL CORP., et al.,** ) | |
| ) | |
|     **Defendants** ) | |

## **ORDER**

It is hereby ordered that a voluntary continuance of the Post-Discovery Status Conference scheduled for September 1, 2006 at 9:30 am and extension of discovery period until October 20, 2006, are granted.

_____
UNITED STATES DISTRICT JUDGE

District of Columbia

_____, 2006

H:\Clients\0150\142\Proposed Order re Continuance.wpd