UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL SHOPMEN PENSION FUND, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>NORTHERN STEEL CORP, et al., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-CV-1479 (RWR)(AK) |

# ORDER

Pending before this Court is Plaintiff's Motion To Compel Responses to Plaintiff's Written Discovery Requests and to Enlarge Discovery Period [16], filed on August 17, 2006. The Plaintiff, the Board of Trustees of the National Shopmen Pension Fund, moves the Court to (1) compel Defendants to respond to its written discovery requests pursuant to Rule 37(a) of the Federal Rules of Civil Procedure; (2) award Plaintiff attorney's fees that Plaintiff has incurred in connection with this Motion; and (3) enlarge the discovery period by 30 days until September 28, 2006, and all other scheduling deadlines by 30 days. Defendants did not respond to Plaintiff's initial discovery requests and did not file an opposition to this Motion, which would have been due on August 31, 2006. *See* LCvR 7(b); Fed. R. Civ. P. 6(e). On August 31, 2006, Plaintiff then filed an Unopposed Motion To Continue Post-Discovery Status Conference and Motion to Extend Discovery Period [33]. The Trial Court granted Plaintiff's August 31, 2006 Motion, extending the discovery period to October 20, 2006. Having considered Plaintiff's August 17,

2006 Motion, noting the absence of any opposition by Defendants, and noting that the Trial Court has already extended the discovery period to October 20, it is this  15th  day of September, 2006 hereby

      **ORDERED** that Plaintiff's August 17, 2006 motion to compel discovery is **GRANTED AS UNOPPOSED**, and it is

      **FURTHER ORDERED** that Plaintiff's request for attorney's fees is **DENIED WITHOUT PREJUDICE** to renew pending Defendant's compliance with this Order, and it is

      **FURTHER ORDERED** that Plaintiff's August 17, 2006 motion to enlarge the discovery period is **DENIED AS MOOT**.

      **SO ORDERED**.

      /s/
ALAN KAY
UNITED STATES MAGISTRATE JUDGE