UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES, <br> NATIONAL SHOPMEN PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN STEEL CORP. et al., <br><br> Defendant. | Civil Action No. 05-1479 (RWR) |

### ORDER OF REFERRAL TO MEDIATION

Based on the agreement of the parties, it is hereby

ORDERED that this case be, and hereby is, REFERRED to mediation to commence on the date this Order is filed and to conclude on December 4, 2006. Counsel and parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court is directed to furnish a copy of this Order to the Circuit Executive's Office for the purpose of assigning a mediator. It is further

ORDERED that if this case settles in whole or in part, plaintiffs shall advise the Court by promptly filing a stipulation.

SIGNED this 3rd day of November, 2006.

RICHARD W. ROBERTS
United States District Judge