IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTHERN STEEL CORP., et al.,<br><br>    Defendants | Civil Action No. 05-cv-01479 (RWR) |

## PLAINTIFFS' CONSENT MOTION FOR BRIEF EXTENSION OF DISPOSITIVE MOTION DEADLINE

Plaintiffs, by and through counsel, move this Court for a brief extension of the dispositive motions deadline. At present, dispositive motions are to be filed by March 19, 2007. The Court set this deadline at the last status conference after previously suspending the dispositive motions deadline in order for the parties to hold settlement discussions. Counsel respectfully requests a brief extension of fourteen (14) days, until April 2, 2007, in order to prepare the proper motion. Undersigned counsel spoke with opposing counsel and is authorized to state that the Defendants consent to this motion. Court deadlines should not be affected because there are no other deadlines at this time. A proposed Order granting this motion is attached.

WHEREFORE, Plaintiffs respectfully request that the dispositive motions deadline be extended to April 2, 2007.

Dated:   March 19, 2007                                  Respectfully submitted,

/s/ Jeffrey S. Swyers
Marc H. Rifkind, Esq.
Jeffrey S. Swyers, Esq. (Pro Hac Vice)
Slevin & Hart, P.C.
1625 Massachusetts Avenue, NW Ste. 450
Washington, DC 20036
 (Phone) 202-797-8700
 (Fax) 202-234-8231

## CERTIFICATE OF SERVICE

I certify that on this 19th day of March, I caused the foregoing document and accompanying *Order* to be served by U.S. Mail, with postage pre-paid to:

Dirk J. Oudemool
Attorney at Law
The Monroe Building, Ste. 600
333 East Onodaga Street
Syracuse, New York 13202

Attorney for Defendant

/s/ Jeffrey S. Swyers
Jeffrey S. Swyers

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/38408/1