IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES, )<br>NATIONAL SHOPMEN PENSION FUND, )<br>et al., )<br>       Plaintiffs, )<br>)<br>v. )<br>)<br>NORTHERN STEEL CORP., et al., )<br>)<br>       Defendants ) | Civil Action No. 05-cv-01479 (RWR) |

## ORDER

Before the Court is Plaintiffs' Consent Motion For Brief Extension Of Dispositive Motions Deadline. Upon consideration, finding that defendants consent thereto, it is hereby ordered that said motion is GRANTED and that the dispositive motions deadline is extended until April 2, 2007.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE

@PFDesktop\::ODMA/PCDOCS/SLEVINHARTDM/38410/1