IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>et al.,<br>　　　　Plaintiff,<br><br>v.<br><br>NORTHERN STEEL CORP., et al.,<br><br>　　　　Defendants | )<br>)<br>)　Civil Action No. 05-cv-01479 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, the Board of Trustees of the National Shopmen Pension Fund, hereby move this Court, pursuant to Federal Rule of Civil Procedure 56, to enter summary judgment in their favor against Defendants, Northern Steel Corp., Oswego Amusements, Inc., GDR Enterprises of Oswego, Inc., George Caruso, Jr., and Romao Caruso in the amount of $679,680 in withdrawal liability plus interest, liquidated damages, attorneys fees and costs as required by Section 502(g) of ERISA. In support of this motion, Plaintiff files concurrently herewith its Statement of Undisputed Material Facts, its Statement of Points and Authorities, and the Declarations of A.H. Higgs Jr. and Jeffrey Swyers. A proposed order granting the motion is included herewith.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter summary judgment in their favor and against defendants against Defendants, Northern Steel Corp., Oswego Amusements, Inc., GDR Enterprises of Oswego, Inc., George Caruso, Jr., and Romao Caruso in the amount of $679,680 in withdrawal liability plus interest at the IRS rate, currently 7 percent per annum, liquidated damages in the amount of 20 percent of the withdrawal liability, and attorneys fees and costs as required by Section 502(g) of ERISA.

Dated: April 2, 2007                                     Respectfully submitted,

/s/ Jeffrey S. Swyers
Marc Rifkind, Esq (D.C. Bar No. 416183)
Jeffrey S. Swyers (D.C. Bar No. 494290)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., NW Ste. 450
Washington, DC 20036
(202) 797-8700 (Telephone)
(202) 234-8231 (Facsimile )

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of April, 2007, I caused the foregoing document to be served by ECF notification upon the following party:

Dirk J. Oudemool
Attorney at Law
The Monroe Building, Ste. 600
333 East Onodaga Street
Syracuse, New York 13202

Attorney for Defendant

/s/ Jeffrey S. Swyers
Jeffrey S. Swyers

40686