IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>NORTHERN STEEL CORP., et al.,<br>　　　　Defendants | )<br>)<br>)　Civil Action No. 05-cv-01479 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JEFFREY SWYERS

I, JEFFREY SWYERS, pursuant to 28 U.S.C. § 1746, declare:

1. I am one of the attorneys for the Plaintiff in this case.

2. Attached as Exhibit A to this declaration are true and correct copies of portions of the transcript of the deposition of Romao J. Caruso, and Exhibit 3 thereto, taken in this case on October 20, 2006.

I declare under penalty of perjury that the foregoing is true an correct.

Executed this 2nd day of April, 2007, in Washington, D.C.

_____
JEFFREY SWYERS

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of April, 2007, I caused the foregoing document to be served ECF notification, upon the following party:

Dirk J. Oudemool
Attorney at Law
The Monroe Building, Ste. 600
333 East Onodaga Street
Syracuse, New York 13202

Attorney for Defendant

/s/ Jeffrey S. Swyers
Jeffrey S. Swyers