```
          IN THE UNITED STATES DISTRICT COURT
            COURT FOR THE DISTRICT OF COLUMBIA
-------------------------------------
BOARD OF TRUSTEES, NATIONAL SHOPMEN AND
PENSION FUND, et al.,  (RWR)

                              Plaintiffs,

     vs.

NORTHERN STEEL CORP., et al.,

                              Defendants.
-------------------------------------
```

Examination Before Trial of

ROMAO J. CARUSO

held in the law offices of Dirk J. Oudemool

Syracuse, New York on October 20, 2006

Appearances:

  For the Plaintiffs:    SLEVIN & HART, PC
                         1625 Massachusetts Ave. NW STE 700
                         Washington, DC   20036

               BY:       JEFFREY S. SWYERS, ESQ.

  For the Defendants:    DIRK J. OUDEMOOL, ESQ.
                         333 E. Onondaga Street
                         Syracuse, New York    13202



Associated Official Reporters
Jil J. Hammer
918 Nottingham Road
Jamesville, NY 13078
(315)437-9955   Fax: 446-8253   deposition@aol.com



EXHIBIT A

1
2   on a full-time basis.
3       Q.   And was there, as you know from doing the
4   accounting and also from, I guess, looking at records --
5   obviously you looked at, maybe some were even created
6   before were you born, but was there -- was one of the
7   three brothers more involved in the management or
8   operation in terms of being the head or the chief guy
9   than the others?
10      A.   No, all of them had their specific
11  responsibilities.  My father was -- he did most of like
12  the estimating, that type of work.  My uncle William was
13  kind of -- he kind of oversaw all the foremen in the
14  shop.  And then Harry was maybe the overall boss, the
15  administrator, did most of the hiring and firing, so
16  forth.
17      Q.   Okay.  When, to your knowledge, did
18  Northern Steel Corp. stop doing business?
19      A.   Well, a layoff notice was given for
20  October 31st, 19 -- I'm sorry October 31st, 2001, and at
21  that time all the employees of Northern Steel were laid
22  off.
23      Q.   Okay.  So after October 31, 2001 -- and
24  whether or not the corporate -- I mean the corporation
25  wasn't dissolved then, was it?

1
2       A.   No, it wasn't.
3       Q.   But in terms of doing -- having employees
4  conducting its business, working on jobs, that kind of
5  thing, all that basically ceased after October 31, 2001?
6       A.   Yeah.  The final payroll report was filed for
7  the fourth quarter of 2001.
8       Q.   Okay.
9       A.   So between the time it closed and the end of
10 the year pretty much everything was wrapped up.
11      Q.   Now, your brother had indicated that your
12 uncle Harry has Alzheimer's and ultimately, you know,
13 became incapacitated, such that he was bedridden and
14 obviously couldn't do much with the business?
15      A.   Mm-hmm.
16      Q.   From your knowledge doing accounting, business
17 consulting for Northern Steel, round about when did your
18 uncle Harry's involvement in Northern Steel taper off
19 or, well, stop because of the incapacity?
20      A.   I think my brother probably had it pretty
21 close, 1989, 1990.  There was a time where he had an
22 operation for a knee replacement, and subsequent to that
23 there seemed to be a rapid deterioration after that.
24 And so I think that had to be the late '80s or early
25 '90s, in that time frame, so I'm thinking he was pretty

1
2  ways to cut some costs for him, that type of thing.
3     Q.   Did you get paid for any of those services?
4     A.   I never submitted a bill.
5     Q.   Do you know anything about the running of
6  Oswego Amusements, Inc. and Oswego Speedway, Inc. prior
7  to round abouts 1992?
8     A.   Yes.
9     Q.   My understanding is that Oswego Amusements,
10 Inc. prior to 1992 owned the land that the racetrack was
11 on, correct, or is on?
12    A.   Oswego Amusements, prior to 1992, owned the
13 real estate of, quote, unquote, Oswego Speedway and also
14 operated it.
15    Q.   Okay.
16    A.   It was one company, did -- had everything.
17    Q.   And my understanding is that your father,
18 which would be George H. --
19    A.   H., Sr.
20    Q.   -- Caruso, Sr., and his two brothers, which
21 would be William and Harry, opened this speedway,
22 established this speedway racetrack, I'm not -- which
23 was Oswego Amusements, Inc --
24    A.   Right.
25    Q.   -- in round about 1951?

Romao Caruso                                                16

1
2       A.   Correct.
3       Q.   And the three brothers, which includes your
4  father, owned and operated that business until 1992,
5  when your brothers were gifted your father's ownership
6  interest in that business --
7       A.   Correct.
8       Q.   -- is that correct?
9       A.   That's correct.
10      Q.   Prior to you and your brothers coming on board
11 as owners of the speedway, and I'm referring not to the
12 corporation, I'm just referring to the business at this
13 point, running the speedway, prior to that time do you
14 know whether or not Northern Steel gave any money or any
15 money from Northern Steel went toward the operation of
16 that speedway?
17      A.   Oswego Amusements?
18      Q.   Yes, sir.
19      A.   Yes, there was -- there was.  At times
20 employees went up and did some work from Northern Steel
21 to the -- to the speedway under Oswego Amusements.
22 There was times there was probably steel that was, you
23 know, that was sent up there from Northern Steel.  But,
24 you know, to the best of our ability we tried to accrue
25 that on the books, and that's where, going back to this

Romao Caruso                                                18

1
2   Northern Steel that were on Northern Steel's payroll,
3   correct?
4       A.   That's correct.
5       Q.   In terms of, you know, running the concessions
6   or working there on Saturdays or Sundays, did any
7   employees from Northern Steel --
8       A.   Everybody that worked on a Saturday night was
9   an employee of Oswego Amusements, Incorporated --
10      Q.   So when you say --
11      A.   -- including myself.
12      Q.   So when you say that employees of
13  Northern Steel went over to Oswego Amusements, Inc.,
14  you're talking about basically providing services
15  insofar as -- well, did they do any cleaning?
16      A.   No.
17      Q.   During the week it was mostly of a repair
18  type of nature?
19      A.   Something needed to be repaired, something
20  needed to be welded, grandstands needed to be fixed,
21  something along those lines, it was just practical to
22  have somebody from Northern Steel do it.
23      Q.   Okay.
24      A.   And we tried to track it as best we could and
25  keep track of it on an accrual basis, accrual amounts.

1
2         A.    Not at that time, no.
3         Q.    And no formal --
4         A.    No, because it was an ongoing thing and, you
5  know, to lock in on a number, you know --
6         Q.    And there probably wasn't an expectation as
7  far as, you know, of repayment, was there?
8         A.    There was.  I do remember we did do some
9  offsets for Oswego Amusements, giving like tickets or
10 something to Northern Steel to give out.  You know, like
11 if my father or Harry or Bill wanted to give out
12 tickets, we would -- we would kind of count that against
13 the other.  So it was just a constant in and out
14 transaction type thing.
15        Q.    Between the two companies?
16        A.    Yes.
17        Q.    I don't understand the ticket things I guess.
18 I mean are you saying that Oswego Amusements, Inc. might
19 give out free tickets, or your father might give out
20 free tickets on behalf of Northern Steel?
21        A.    Mm-hmm.
22        Q.    I don't mean to put words in your mouth, I
23 don't understand the ticket, the ticket thing basically.
24        A.    If he gave out $100 worth of tickets, that
25 would -- that would go against the -- the loan

```
 1
 2        Q.    -- let's go back before that.
 3        A.    Okay.
 4        Q.    Okay.  It would be Paragraph 3.  1955 -- we're
 5   looking an at Exhibit 3 by the way.  1955, on or about
 6   April 1, 1951 --
 7        A.    Yeah, that's a typo there.
 8        Q.    1951 is what should be there?
 9        A.    Okay.  Because the track opened in August of
10   '51.
11        Q.    Oswego Amusements, Inc. is established.  Harry
12   Caruso receives 25 shares, 69.4 percent, George receives
13   10 shares, which is 27.8 percent, and William Caruso
14   receives 1 share of 2.8 percent.  George was the
15   president, William the vice president and Harry the
16   secretary/treasurer?
17        A.    Correct.
18        Q.    So from -- at the outset it looks like Harry,
19   in terms of ownership interest, had most of the -- of
20   those three brothers?
21        A.    Mm-hmm.
22        Q.    Your dad was president, William vice-president
23   and Harry secretary/treasurer.  In terms of running the
24   business of the racetrack, of the three brothers, to
25   your knowledge, which was the most involved?
```

1
2  like that, you know.  So that was his part of that
3  business.
4      Q.    And in addition I guess when repair work and
5  stuff was needed?
6      A.    Yeah, again that would -- and some of the
7  repair work he did himself at night.  He'd just go up
8  there himself at night, him and a buddy would go up.
9  And if there was a Frialator that wasn't working, they'd
10 tear it apart and get a part and fix it and that type of
11 thing.
12     Q.    Do you know, as president of Oswego
13 Amusements, Inc., I mean what were his particular
14 duties, or just nothing?
15     A.    Well, I don't think there was any specific
16 duties as being president, I think it was just a thing
17 where Harry was the president of one corporation and my
18 father was the president of the other corporation, kind
19 of makes it even, or make him think he's a big wheel.
20     Q.    What happened -- I mean -- so we go down here
21 to July 1991.  July 1991, and Harry's 25 shares of
22 stock, I'm looking again at Exhibit 3, Number 7, on
23 July 1, 1991 Harry's 25 shares of stocks in Oswego
24 Amusements, Inc. are redeemed by the corporation and he
25 receives a note back for $650,000, which is filed at the

```
                          Romao Caruso                        29
 1
 2   Oswego County Clerk's office on August 6, 1991.
 3           What -- if you know, in 1991 what prompted
 4   that transaction?
 5       A.   Well, obviously we had talked earlier Harry
 6   became incapacitated and my father was Harry's power of
 7   attorney, he had power of attorney for Harry, and he
 8   felt as though to perpetuate the track, to keep it
 9   going, the next generation really needed to take it over
10   and run with it.  So that was the decision that was made
11   so as to redeem the stock, have the corporation redeem
12   the stock, have Harry take a note, what was deemed fair
13   market value so Harry was protected.  And my father did
14   his fiduciary duty by setting it up at a fair market
15   value.  And at the same time he gifted his shares in
16   Oswego Amusements, and that allowed us to move forward
17   and operate the business.
18       Q.   And so your brother George and you both, we
19   discussed that your uncle Harry was ill, had Alzheimer's
20   and obviously had less and less involvement.  So I guess
21   that's 1990, '91, that's about the same time period
22   we're talking about?
23       A.   Yeah, it's the same time frame, right in
24   there.
25       Q.   This note to Harry for 650,000, do you know
```

whether -- whether any of that money was ever paid back?

A. There was a few payments made, but shortly after we took over the racing industry really took a dive, so we were just struggling to keep things going on a weekly basis, let alone year to year.

Q. So there was really no pressure for Oswego Amusements, Inc. to pay off that note to Harry?

A. Well, obviously it's out there, but, you know, we just didn't have the money to do it, plain and simple.

Q. Okay. So the three brothers come in. They establish Oswego Speedway, Inc., I guess through the -- your dad gifted his shares of Oswego Amusements, Inc. to his three sons?

A. Correct.

Q. So your uncle, who had the most interest I guess in terms of shares, got a note, so he's out. So this allowed the three brothers to come into Oswego Amusements, Inc., who are basically pretty much holding all the stock, I guess, except for a small bit?

A. One share.

Q. Owned by William?

A. That's correct.

Q. Okay. Subsequent to -- we talked about

```
 2      Q.   Okay.  Let me show what's been marked as
 3 Exhibit 1 and hand this to you.  I'm going to describe
 4 it for the record.  It's Exhibit 1, which is a demand
 5 note in the amount of $500,000 dated October 20, 2000.
 6 It a note from Oswego Amusements, Inc. from Northern
 7 Steel Corp.  And I'm going to ask you if you've seen
 8 what's been marked as Exhibit 1 before today?
 9      A.   Yes, I have.
10      Q.   Did you draft this?
11      A.   Yes, I did.
12      Q.   Okay.  And I take it you drafted it on
13 October 9, 2000, on or about?
14      A.   Yeah, on or about that date, yes.
15      Q.   Now, could you explain to me what I've
16 described for the record, describe to me what this is?
17      A.   Yeah, this is -- we had a loan on the books
18 for Northern Steel at that time, 500,000 due from
19 Oswego Amusements.  And on advice of counsel he told us
20 we probably should set up notes for it.  And so on
21 this -- this is October 9th, which I believe is the date
22 I actually prepared the tax return for that period of
23 time, I drafted the note up.  This is basically a note
24 that I have in my Word Perfect file, just something
25 that's -- you know, I used from somebody.
```

Romao Caruso                                                34

2   Q.   But I mean in terms of --
3   A.   And then I had my brother sign it as the
4   president of the corporation.
5   Q.   Okay.  But in terms of -- I mean so on
6   October 9, 2000, Northern Steel -- I mean what this note
7   here says -- let me just ask you this, what this note
8   here says is that Oswego Amusements, Inc. owes -- it
9   says what it says, but the gist of this is that Oswego
10  Amusements, Inc. owes Northern Steel Corp. $500,000 --
11  A.   Correct.
12  Q.   -- is that correct?
13  A.   (Nodded his head.)
14  Q.   However, you're not aware of Northern Steel
15  ever actually loaning Oswego Amusements, Inc. $500,000?
16  A.   Cash?
17  Q.   Yes.
18  A.   No.
19  Q.   Okay.
20  A.   No, I'm not aware of that, no.
21  Q.   I mean there wasn't a time where
22  Northern Steel, you know, gave Oswego Amusements
23  $500,000?
24  A.   Not that I recall.
25  Q.   Okay.  So that's not -- you wrote this.

Romao Caruso                                    35

2  That's not what that's supposed to represent?
3       A.   No, it's a -- I mean it's a debt, it's an
4  obligation, that's all.  I don't know if it says -- if
5  it does say cash in there, if there -- it's just a
6  boiler plate demand note.
7       Q.   It wasn't a trick question.  It doesn't say
8  that, I was just trying to -- so what exactly this
9  Oswego Amusements, Inc. owes Northern Steel Corp.
10 $500,000, and we've probably talked about this, but for
11 what -- I mean what does this represent?
12      A.   I think, to the best of my recollection, it
13 represents over a period of years the materials and
14 labor that -- that Northern Steel sent up to Oswego
15 Amusements --
16      Q.   Okay.  But --
17      A.   -- that was accrued on the books.
18      Q.   But prior to this date, October 9, 2000,
19 Oswego Amusements Inc. and Northern Steel, as far as you
20 know -- I mean there's never been an agreement upon --
21 between the two companies, a loan or we'll pay you back
22 for this labor and materials?
23      A.   (No response.)
24      Q.   As far as you know?
25              MR. OUDEMOOL:  As far as he knows?

```
                      Romao Caruso                         36
 1
 2              MR. SWYERS:  Yes.
 3              MR. OUDEMOOL:  Can you answer that?
 4              MR. SWYERS:  Okay.  That's -- I
 5         understand.
 6    A.   As far as I know, no.
 7    Q.   So I guess what I'm saying generally, you
 8  know, I mean this note that I'm looking at, Exhibit 1,
 9  this was your idea on behalf of Oswego Amusements, Inc.,
10  correct?
11              MR. OUDEMOOL:  I object to the form of
12         that question.  That's not what he said.  He
13         said on advice of counsel he was instructed --
14              MR. SWYERS:  Okay.
15              MR. OUDEMOOL:  -- to document the loan
16         arrangement as reflected on the tax returns
17         with a note.
18              MR. SWYERS:  Well, see, I can't ask him
19         what his counsel said, you see.
20              MR. OUDEMOOL:  But I don't have a
21         problem.
22    A.   I did.  I said advice of counsel, on advice of
23  counsel, who said to formalize the debt in the form of a
24  note.  And as I say it was done October 9th, again I
25  think the day I filed the tax return.
```

Romao Caruso 37

1
2              (Discussion off the record.)
3     Q.   My understanding is that -- you know, I said
4  your idea, whoever's idea, whatever -- your testimony is
5  that this demand note, that you prepared this yourself?
6     A.   I did.
7     Q.   But you did it on the advice of counsel?
8     A.   Yes.
9     Q.   And that -- I know you're not a lawyer, you're
10 an accountant, sometimes run in the same circles, but
11 basically is it true that prior to your involvement as
12 an officer and owner of Oswego Amusements, Inc., that --
13 well, we've already talked that there were services
14 being rendered and materials being passed between, or
15 from Northern Steel to Oswego Amusements, Inc., correct?
16    A.   That is correct.
17    Q.   And is it true that prior to 1992 that Oswego
18 Amusements -- Northern, I'm sorry, Northern Steel, did
19 they carry this on the books somehow?
20    A.   Yes.  We carried it as an accrual.
21    Q.   As an accrual?
22    A.   Yes.
23    Q.   On their books?
24    A.   Yes.
25    Q.   Now, what exactly does that mean?  I'm not --

1

2      A.   Accrual, it would be a loan receivable on the

3 books of Northern Steel and a loan payable on the books

4 of Oswego Amusements; and if the accounting is done

5 properly, it's the same amount.

6      Q.   But we talked before and I had understood, and

7 maybe misunderstood, but your understanding is that

8 prior to -- I mean every year that this was done in

9 terms of -- when I say this, in terms of repairs were

10 made or -- or materials were supplied, that -- well, you

11 handled the books for the company, for Northern Steel

12 from 1977, roughly, up to 1985, right?

13     A.   Mm-hmm.

14     Q.   During that period of time that you were doing

15 the books, doing the accounting and whatnot, every time,

16 or every year, I guess every year in which services like

17 that were rendered or material was passed, you're

18 telling me on the tax returns and on the books Northern

19 Steel during that period of time it noted that as an

20 accrual?

21     A.   Correct.

22     Q.   Correct. And so your testimony is that you

23 get in -- I'm sorry, I'm putting words in your mouth,

24 but somebody's going to jump in if I'm wrong -- but

25 come -- well, round abouts the date of Exhibit 1,