1
2  October 2000, on advice of counsel somebody said, well,
3  you got all these accruals on the books and receivables,
4  or whatever on the tax return, you better get a note?
5       A.   Correct.
6       Q.   Okay.  And so this note here was done on
7  October 9, 2000.  It's there to represent all these
8  accruals over the years?
9       A.   Prior periods, exactly.
10              MR. OUDEMOOL:  Absolutely.
11      Q.   So as far as you know, prior to -- I can say
12 that -- prior to October 9, 2000 there was never a
13 written loan agreement, as far as you know --
14      A.   To the best of --
15      Q.   -- between --
16      A.   -- my knowledge there wasn't.
17      Q.   Now, whether or not there was any type of a
18 tacit agreement or understanding to repay --
19      A.   That I don't know.
20      Q.   -- you can't speak to?
21      A.   I don't know.
22      Q.   Okay.  Now, at this point in time, October 9,
23 2000, Northern Steel had already ceased doing business,
24 hadn't it, or no?
25      A.   No.

Romao Caruso                                                40

1
2         Q.    No?  Okay.  Yes, you told me they stopped
3    round abouts October 31, 2001, correct?
4         A.    Correct.
5         Q.    All right.  Now, in terms of -- as far as this
6    note is concerned, Exhibit 1, this is -- I mean this
7    isn't anything that you, on behalf of Oswego Amusements,
8    Inc. or your bother George, on behalf of Oswego
9    Amusements, Inc., this note that we're looking at,
10   Exhibit 1, this isn't anything that you negotiated with
11   Northern Steel Corp., or is it?
12        A.    No.  I mean it was on the books, something on
13   the books, and we decided to formalize it at this time.
14        Q.    But no one at Northern Steel Corp. had
15   anything to do with this note, did they?
16        A.    I guess I don't understand the question.
17        Q.    I mean you got -- you went -- counsel told you
18   to do this and you did this?  I mean --
19        A.    Did I go to my father and say hey, we're going
20   to do a note?
21        Q.    Yes.
22        A.    No.
23        Q.    Okay.  And did anyone at Northern Steel ever
24   make demand for payment because of this note?
25        A.    No, not to my knowledge.

```
                         Romao Caruso                    44
 1
 2    1st of what, January of 2002, all the -- all the
 3    accounts of Northern Steel Corporation were closed, and
 4    basically we've been tracking any earnings of
 5    Northern Steel through the other corporation.
 6         Q.   What's the name of that corporation, GDR
 7    Enterprises?
 8         A.   Yes.  Starts out as Oswego Speedway,
 9    Incorporated, later changed to GDR Enterprises of
10    Oswego.
11         Q.   Okay.  So that money was deposited into the
12    GDR, the Oswego Speedway, Inc. account, and the note was
13    taken back to track the, you know, the fact that that
14    was Northern Steel monies.  So you got GDR, all right, I
15    get it now, I understand.
16              First of all Oswego Amusements, Inc., I
17    understand that GDR Enterprises of Oswego, Inc. was what
18    used to be Oswego Speedway, Inc. --
19         A.   Correct.
20         Q.   -- am I correct in that?
21         A.   Yes.
22         Q.   Oswego Speedway, Inc. is what ran the
23    racetrack operations after you and your brothers took
24    over --
25         A.   That's correct.
```

Romao Caruso                                45

```
 2         Q.   -- ownership operating --
 3         A.   That's correct, yeah.
 4         Q.   -- Oswego Amusements, Inc. and the speedway
 5   facilities?
 6         A.   Yes.
 7         Q.   What happened to Oswego Amusements, Inc.?
 8         A.   Oswego Amusements, Inc., I mean it's -- it's
 9   still an active corporation. Really didn't -- for the
10   last several years it really didn't do anything. We
11   didn't have enough money to pay the lease, so basically
12   it just sat there until the real estate was sold on
13   April 1st of 2004.
14         Q.   Okay. Now, it's not on -- I see here there's
15   some money sitting in here, at least as of 2003 there
16   was money sitting in the GDR Enterprises account. But
17   other than that is GDR Enterprises any more active a
18   corporation than Oswego Amusements, Inc. at this point?
19         A.   Right now the only thing that GDR does is pay
20   the Blue Cross, Blue Shield premiums on behalf of
21   Northern Steel, and that is being offset against this
22   loan receivable. So the loan receivable is coming down
23   each year.
24         Q.   Okay.
25         A.   But other than that --
```

Romao Caruso                                         46

```
 1
 2        Q.    Other than that --
 3        A.    -- there's no other activity.
 4        Q.    So really -- well, so really the only activity
 5   of GDR Enterprises of Oswego, Inc. right now is to
 6   basically hold the money of Northern Steel Corp. and pay
 7   off the Blue Cross, Blue Shield -- did you say premiums?
 8        A.    Yeah, insurance premiums.
 9        Q.    I mean that's pretty much its, GDR
10   Enterprises' only activity right now, is that fair to
11   say?
12        A.    That's the only thing that's going through the
13   checking account I guess.
14        Q.    Okay.  That's  -- okay.  Why are you all doing
15   that through GDR Enterprises of Oswego as opposed to
16   Oswego Amusements?
17        A.    Because that's the only account that we've got
18   left.  Northern Steel's were closed, Oswego Amusements
19   were closed.  I just didn't feel like trying to keep
20   track of three or four different checking accounts --
21        Q.    Sure.
22        A.    -- when I could do it through this and just
23   track the loan activity.
24        Q.    So back to the note.  So the purpose or the
25   reason why the note that we see in Exhibit 2 was done is
```

Romao Caruso                                              47

2  because some money came into -- wait a minute.  All
3  right.  The $171,176.11 that's on Note 2, it's on the
4  demand note which is marked as Exhibit 2, represents, I
5  think is what you've just explained to me, the amount
6  that you describe and state in Exhibit 3 Paragraph 16,
7  correct?
8       A.   That's correct.
9       Q.   Okay.  And what the money -- the $171,176.11
10 in Paragraph 16 of Exhibit 3 comprises is money that has
11 come into the account of GDR Enterprises, money that was
12 deposited, money that -- Northern Steel's money that was
13 deposited in the account of GDR Enterprises of Oswego,
14 correct?
15      A.   Correct.
16      Q.   Because when money came in, Northern Steel
17 didn't have a bank account, and so it was placed in
18 GDR Enterprises of Oswego's bank account; is that
19 correct?
20      A.   That's correct.
21      Q.   Okay.  So here's the question for you.  If
22 this money is in GDR Enterprises of Oswego's bank
23 account, then why is the demand note to Oswego Speedway,
24 Inc.?
25      A.   That's because I put it under Oswego -- they

Romao Caruso                                              48

1
2   were one and the same.  And I can't recall exactly when
3   the -- when the name changed to Oswego -- I mean it was
4   done after the fact.  I was just going back to the old
5   name when I did it.  I just did it under the old name.
6           And I think at that time the account was
7   actually in Oswego Speedway, Incorporated, the savings
8   account that it was put into was under Oswego Speedway,
9   Incorporated, so I went by where the money actually
10  went.
11          But, again, that's just -- that's probably
12  more force of habit than anything else.  In fact, that's
13  what it's been forever, or since 1992.  But the account
14  that it did go into was an account -- an Oswego
15  Speedway, Incorporated account.
16      Q.   But again -- okay.  So really Paragraph 16 --
17      A.   Explains.  Breaks it down.
18      Q.   Okay.  GDR Enterprises of Oswego Inc., again,
19  and somewhere someone spelled it out in the
20  interrogatories, but to your knowledge who are the
21  principals of that company?
22      A.   Of GDR?
23      Q.   Of GDR.
24      A.   Same as Oswego Speedway Inc., my brothers.
25  George is the president, Doug's the vice president, I'm

```
 1
 2    secretary/treasurer.  Each of us own 50 shares of the
 3    stock.  Again it goes back to the original -- oh, let's
 4    see, it would be Paragraph 8.
 5         Q.   Okay.
 6         A.   Okay.  That's Paragraph 8, GDR Enterprises.
 7    See, what happened is when -- again, going back to what
 8    my brother said, when Oswego Speedway, Incorporated was
 9    sold, part of the sale was good will and the company
10    name.  So subsequent to the sale I believe Dirk filed
11    for a change of corporation name, and that's where we
12    come up with the GDR.  But that's -- again, Oswego
13    Speedway is a nationally recognized short track, and
14    they obviously wanted to keep that name that had a
15    53 year history of short track racing.
16         Q.   So GDR stands for George, Douglas and Romao?
17         A.   Yes.
18         Q.   Which is you and your three brothers?
19         A.   Right.
20         Q.   After Northern Steel closed -- well, let me
21    ask you about Northern Steel, the corporation.  When
22    it -- you know, I'm not talking about, you know, the
23    shell, I'm talking about when it was up and operating,
24    running, its location was on East Albany Street?
25         A.   Well, it's East Ave.  It was called
```

Hall Road. The office where my office is now is 364 East Ave. The actual factory was across the street, but it was on East Ave., the operation of Northern Steel Corporation.

Q. So the office was on East Ave. And then say across the street was is where the factory was?

A. Factory.

Q. And the speedway, the speed -- the racetrack, that's situated away, a mile, but that's somewhere else.

A. Yeah, that's half a mile to a mile, would be kind of like northeast of Northern Steel.

Q. Didn't Oswego Amusements, Inc. and/or Oswego Speedway, Inc. operate out of the East Ave. office?

A. Yeah, there was a time when the Oswego -- there was a secretary for Oswego Amusements, again prior to 1992, was at the -- was at East Ave.

Q. Okay. The secretary, you don't mean like the corporate secretary?

A. No, I mean the secretary who, you know, answered the phone and took ticket orders, that type of thing.

Q. And I think I know how that worked, but did, to your knowledge, and let's go prior to '92, and then, you know, we'll go subsequent to '92, because it seems

1
2   year-round employees?
3       A.   No, the secretary was a full-time employee
4   year-round.  The maintenance guys usually got
5   laid off in the wintertime.  Once everything was
6   winterized, they were gone on unemployment.  And one of
7   them went to Florida and the other just draws
8   unemployment.  But they, post September let's say, there
9   was only one full-time employee.
10      Q.   And we're talking again, for whatever
11  reason -- so prior to 1992 the full time -- the only
12  full-time year-round employee in Oswego Amusements,
13  Inc.'s office -- is it 365 East Ave?
14      A.   364 East Ave.
15      Q.   364 East Ave.  So she had her office at the
16  Northern Steel office, correct?
17      A.   Yeah, there was one corner that was kind of
18  like partitioned off, just inside the front entrance.
19  So you go in, hook a right and turn, be the speedway
20  office, speedway desk.  Basically that was the office
21  and that's where she sold advanced sale tickets.  And
22  she had two or three filing cabinets and that was it.
23           And on Saturday night, you know, we'd -- the
24  tickets would be put in a box and be brought up to the
25  speedway.

```
 1
 2      Q.   So I guess prior to 1992 the corporate
 3 offices, or the offices of Oswego Amusements, Inc. were
 4 in the same building as Northern Steel?
 5      A.   Right, because there was no office space
 6 there.
 7      Q.   Okay.
 8      A.   The office post '92 was an office that my
 9 brothers and I put together.  And prior to that it
10 actually was -- it was a restaurant there on the
11 speedway grounds, whatever.
12      Q.   Pre 1992 when the Oswego Amusements, Inc. had
13 an office at the Northern Steel premises, there
14 wasn't -- to your knowledge there wasn't any type of
15 lease arrangement or rent arrangement?
16      A.   No.
17      Q.   Was it the same phone number?  Did the
18 speedway have a different phone number?
19      A.   No, different line came in.
20      Q.   And as far as you know prior to 1992 this
21 secretary lady and then the three or four maintenance
22 guys, were they on a separate payroll?  They weren't on
23 Northern Steel's payroll?
24      A.   They were on Oswego Amusements' payroll.
25      Q.   Okay.  That's pre 1992.  What happened post
```

# TIME LINE OF EVENTS

1) 1951 - **Northern Steel Corp** established - Harry, George & William Caruso each receive 45 shares of stock. Harry, Pres.; William, VP and George, Sec/Treas.

2) 1953 - **Oswego Sheet Metal Works, Inc.** merges with Northern Steel Corp - Harry Caruso is sole owner of OSMW and receives an additional 365 shares of Northern Steel Corp stock for merger. After transaction, Harry becomes 82% (410 shares) stockholder with George and William having a 9% (45 shares) ownership.

3) 1955 [1951] - On or about April 1, 1955 [1951], **Oswego Amusement, Inc.** is established. Harry Caruso receives 25 shares (69.4%), George Caruso receives 10 shares (27.8%) and William Caruso receives 1 share (2.8%). George, Pres.; William, VP and Harry, Sec/Treas.

4) 1970 - On June 2, 1970, **Speedway Press, Inc.** is established. George D. Caruso and Douglas C. Caruso receive 50 shares of stock each. George, Pres.; Douglas, VP and Romao, Sec/Treas.

5) 1983 - On or about June 1, 1983, **Northern Steel Corp** joins National Shopmen's Pension Fund plan.

6) 1990 - On May 23, 1990, **R.J. Caruso Enterprises, Inc.** is established. Romao J. Caruso receives 200 shares of stock. Romao is sole officer, director and stockholder.

7) 1991 - On July 1, 2001 [1991], Harry Caruso's 25 shares of stock in **Oswego Amusements, Inc.** are redeemed by the corporation and he receives a note back for $650,000.00 which is filed at the Oswego County Clerk's Office on August 6, 2001 [1991].

8) 1992 - On December 15, 1992, **Oswego Speedway, Inc.** is established. George D. Caruso, Douglas C. Caruso and Romao J. Caruso each receive 50 shares of stock. George D., Pres.; Douglas, VP and Romao, Sec/Treas. All 3 are board members.

9) 1992 - On December 15, 1992, a meeting of the stockholders of **Oswego Amusements, Inc.** is held. George H. Caruso announces his plans to gift his shares of stock in the corporation to his three sons. Discussion of leasing Oswego Amusements property to Oswego Speedway, Inc. New officers elected, George H. Caruso, Pres.; William R. Caruso, VP; D. Caruso, Asst VP; Douglas Caruso, Sec. & Romao Caruso, Treas.

10) 1992 - On December 28, 1992, George H. Caruso gifts his 10 shares of stock in **Oswego Amusements, Inc.** to his 3 sons; George D., Douglas and Romao equally. After the transaction, George D., Douglas and Romao each have 3 1/3 shares of stock (30.3% ownership) and William Caruso has 1 share (9.1% ownership).



EXHIBIT 3   10-20-06

## TIME LINE OF EVENTS

11) 1993 - On May 6, ~~2003~~ 1993, a meeting of the stockholders of **Oswego Amusements, Inc.** is held to approve the new lease between Oswego Amusements, Inc. and Oswego Speedway, Inc. Officers remain the same.

12) 1993 - On July 30, 1993, **Harry E. Caruso** dies. Mary L. Caruso inherits all assets of Harry.

13) 1994 - On March 1, 1994, there was a meeting of the stockholders of **Northern Steel Corp.** William R. Caruso was voted out as an officer and director of the corporation. Corporate banking resolution reflecting this change was updated at Oswego County Savings Bank on November 4, 1994.

14) 1994 - On March 1, 1994, there was a meeting of the stockholders of **Oswego Amusements, Inc.** William R. Caruso was voted out as an officer and director of the corporation. New officers are elected: George D. Caruso, Pres.; Douglas Caruso, VP, Romao J. Caruso, Sec/Treas. All are board members. George H. Caruso is elected as Chairman of the Board.

15) 1996 - There was a meeting of the stockholders of **Northern Steel Corp** on May 25, 1996 to discuss the sale of the company to Aluma, Inc. (Manfred Kuentzer).

16) 2003 - On June 10, 2003, **Northern Steel Corp** sells its machinery and equipment at auction by Koster Industries for $301,060.00. Koster receives a 20% commission of $60,212.00. Balance of sale totaling $240,848.00 is deposited in GDR Enterprises of Oswego, Inc. savings account because the Northern Steel Corp checking account was closed. Loan receivable balance @ 3/31/04 from Oswego Speedway, Inc. is calculated as follows:

| | |
|---|---:|
| Deposit of N.S. check from Koster Industries on 9/26/03 | $240,848.00 |
| Cobra checks from N.S. employees Mary Rollin and Eugene Galletta | $10,629.66 |
| Partial N.S. officer loan repayment to George H. Caruso | ($ 50,000.00) |
| Payment of N.S. BC/BS insurance premiums | ($ 30,201.55) |
| Payment of N.S. NYS Corporation Tax for y/e 3/31/03 | ($100.00) |
| Loan Receivable - GDR Enterprises, Inc. @ 3/31/04 | $171,176.11 |

A demand note for $171,176.11 was taken back by Northern Steel Corp.

17) 2003 - On October 20, 2003, **Northern Steel Corp** enters into a lease agreement with R.J. Caruso Enterprises, Inc. to lease the office and garage buildings for a 5 year period beginning January 1, 2004.

Page - 2 -

## TIME LINE OF EVENTS

18) 2004 - On April 1, 2004, real estate owned by **Oswego Amusements, Inc.** located at 300 East Albany Street, Oswego, New York is sold to Gioia and Associates, Inc. for $475,032.00. The net amount received by Oswego Amusements, Inc. is $444,831.95. William R. Caruso is paid $100,000.00 from the net proceeds to redeem his stock in both Oswego Amusements, Inc. and Northern Steel Corp. The balance of $344,831.95 is invested in New York tax free municipal bonds with Wachovia Securities in an account owned by GDR Enterprises of Oswego, Inc. so that the bonds could be purchased in blocks to obtain the desired interest rate.

19) 2004 - On April 1, 2004, personal property and Goodwill owned by **Oswego Speedway, Inc.** located at 300 East Albany Street, Oswego, New York is sold to Gioia and Associates, Inc. for $500,000.00. The net proceeds of $454,810.00 is invested in New York tax free municipal bonds with Wachovia Securities in an account owned by GDR Enterprises of Oswego, Inc.

20) 2005 - On August 5, 2005, the fabrication shop and warehouse owned by **Northern Steel Corp** is sold to Laser Transit, Ltd for $265,000.00. The net proceeds of $72,933.30 is deposited in R.J. Caruso Enterprises, Inc. checking account on 8/10/05 to reimburse company for the following: payment to CNB Litigation Trust totaling $33,622.21; reimbursement for payment of back payroll taxes totaling $2,981.16; balance of $36,329.93 reimbursement toward payment of back property taxes totaling $38,158.71.