IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES, )<br>NATIONAL SHOPMEN PENSION FUND, )<br>et al., )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>NORTHERN STEEL CORP., et al., )<br>)<br>       Defendants )<br>_____) | Civil Action No. 05-cv-01479 (RWR) |

## ORDER

Before the Court is the motion for summary judgment filed by Plaintiff, the Board of Trustees of the National Shopmen Pension Fund. Finding there are no genuine issues of material fact and that Plaintiff is entitled to judgment as a matter of law, pursuant to Federal Rule of Civil Procedure 56, it is hereby ORDERED that said motion is GRANTED.

Summary judgment is hereby entered in favor of Plaintiff and against Defendants, Northern Steel Corp., Oswego Amusements, Inc., GDR Enterprises of Oswego, Inc., George Caruso, Jr., and Romao Caruso in the amount of $679,680 in withdrawal liability, plus interest at the IRS rate, currently 7 percent per annum, liquidated damages in the amount of 20 percent of the withdrawal liability, and attorneys fees and costs as required by Section 502(g) of ERISA.

Dated: _____

                                                                        UNITED STATES DISTRICT JUDGE

40690