IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>et al.,<br>      Plaintiffs,<br><br>v.<br><br>NORTHERN STEEL CORP., et al.,<br><br>      Defendants | )<br>)<br>)  Civil Action No. 05-cv-01479 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ERRATA

Will the Clerk please accept for filing the attached signed Declaration of A. H. Higgs, Jr., and Exhibits thereto.

Dated: April 4, 2007

Respectfully submitted,

/s/ Jeffrey S. Swyers
Marc Rifkind, Esq (D.C. Bar No. 416183)
Jeffrey S. Swyers (D.C. Bar No. 494290)
SLEVIN & HART, P.C.
1625 Massachusetts Ave., NW Ste. 450
Washington, DC 20036
(202) 797-8700 (Telephone)
(202) 234-8231 (Facsimile )

## CERTIFICATE OF SERVICE

I certify that on this 4th day of April, 2007, I caused the foregoing document to be served via ECF notification upon the following party:

Dirk J. Oudemool
Attorney at Law
The Monroe Building, Ste. 600
333 East Onodaga Street
Syracuse, New York 13202
Attorney for Defendant

/s/ Jeffrey S. Swyers<br>Jeffrey S. Swyers

40990