# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>ET AL | ) ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | Civil Action No.05-cv-01479<br>(RWR) |
| NORTHERN STEEL CORP., ET AL | ) ) | |
| Defendants | ) ) ) | |

## DEFENDANT'S CONSENT MOTION TO EXTEND TIME TO ANSWER DISPOSITIVE MOTION

Defendants, by and through counsel, move this Court for an extension of time to respond to Plaintiff's dispositive motion. Plaintiff's dispositive motion was filed on or about April 4, 2007. The time to answer pursuant to LCVR7(b) is 11 days or on or before April 16, 2007. Counsel respectfully requests an extension of fourteen (14) days, until April 30, 2007 to submit opposing papers. Undersigned counsel spoke with opposing counsel and is authorized to state the Plaintiff consents to this motion. A proposed Order granting this motion is attached.

Wherefore, Defendants respectfully request that its time to answer

Plaintiff's dispositive motion be extended to April 30, 2007.

Dated: April 13, 2007                          Respectfully submitted,

DIRK J. OUDEMOOL, ESQ.
(Pro hac vice)
Attorney for Defendants
Address and PO Box
333 East Onondaga Street
Syracuse, New York 13202
Phone: 315-474-7447
Fax: 315-474-0425

CERTIFICATE OF SERVICE

I certify that on the 13th day of April, 2007 I caused the foregoing document and accompanying Order to be served by US Mail, with postage prepaid to:

Jeffrey S. Swyers, (pro hac vice)
Slevin and Hart
1625 Massachusetts Avenue NW Ste. 450
Washington, DC 20036

DIRK J. OUDEMOOL, ESQ.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>ET AL )<br><br>Plaintiffs )<br><br>vs. )<br><br>NORTHERN STEEL CORP., ET AL )<br><br>Defendants ) | Civil Action No.05-cv-01479<br>(RWR) |

## ORDER GRANTING EXTENSION OF TIME

Before the Court is Defendant's Consent Motion for Extension of time to answer Plaintiff's dispositive motion. Upon consideration and finding that Plaintiffs consent hereto, it is hereby ordered that said motion is Granted and that Defendant's time to answer Plaintiffs dispositive motions deadline is extended until April 30, 2007.

Dated:

_____
UNITED STATES DISTRICT JUDGE