IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>NORTHERN STEEL CORP., et al.,<br>　　　　Defendants | )<br>)<br>)　Civil Action No. 05-cv-01479 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ERRATA

　　Will the Clerk please accept for filing the attached signed Supplemental Declaration of A. H. Higgs, Jr., and Exhibits thereto.

Dated: May 4, 2007

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. Swyers
　　　　　　　　　　　　　　　　　　　　Marc Rifkind, Esq (D.C. Bar No. 416183)
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Swyers (D.C. Bar No. 494290)
　　　　　　　　　　　　　　　　　　　　SLEVIN & HART, P.C.
　　　　　　　　　　　　　　　　　　　　1625 Massachusetts Ave., NW Ste. 450
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　(202) 797-8700 (Telephone)
　　　　　　　　　　　　　　　　　　　　(202) 234-8231 (Facsimile )

## CERTIFICATE OF SERVICE

I certify that on this 4th day of May, 2007, I caused the foregoing document to be served via ECF notification upon the following party:

Dirk J. Oudemool
Attorney at Law
The Monroe Building, Ste. 600
333 East Onodaga Street
Syracuse, New York 13202
Attorney for Defendant

/s/ Jeffrey S. Swyers
Jeffrey S. Swyers

40990