05/11/2007 14:54 FAX 202 234 8231          SLEVIN AND HART                            ⌀002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br>NATIONAL SHOPMEN PENSION FUND,<br>et al.,<br>　　　　Plaintiffs,<br><br>v.<br><br>NORTHERN STEEL CORP., et al.,<br><br>　　　　Defendants | Civil Action No. 05-cv-01479 (RWR) |

### SUPPLEMENTAL DECLARATION OF A.H. HIGGS, JR.

I, A.H. HIGGS, JR., pursuant to 28 U.S.C. § 1746, declare:

1. I am employed by the National Shopmen Pension Fund (the "Fund") as the Fund Administrator.

2. I have personal knowledge of the facts stated herein.

3. The Notice Letter dated September 30, 2003 to Northern Steel at 364 East Avenue, Oswego, N.Y. 13126, was in fact sent by UPS. As the UPS receipt indicates UPS attempted to deliver the letter on three different occasions. A true and correct copy of that letter and the UPS receipt are attached hereto as Exhibit A.

4. The Notice Letter dated February 10, 2004, was in fact sent to Northern Steel in care of its President, George H. Caruso, at 255 Syracuse Avenue, Oswego, NY 13126-3130. The Fund has no record showing that it was not delivered to that address.

I declare under penalty of perjury that the foregoing is true an correct.

Executed this 4th day of May, 2007, in Washington, D.C.

_____
A.H. HIGGS, JR.

### CERTIFICATE OF SERVICE

I certify that on this 4th day of May, 2007, I caused the foregoing document to be served via ECF notification, upon the following party:

> Dirk J. Oudemool
> Attorney at Law
> The Monroe Building, Ste. 600
> 333 East Onodaga Street
> Syracuse, New York 13202
>
> Attorney for Defendant

/s/ Jeffrey S. Swyers
Jeffrey S. Swyers